## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANJANIE PERSAUD<br><br>    Plaintiff,<br><br>v.<br><br>CLARK FLECKINGER, II<br><br>    Defendant. | CASE NO:  1:08-cv-01367-PLF |

### NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

THE CLERK OF THE COURT WILL please enter the appearance of Aaron L. Handleman, Esq., Bar No. 48728, as counsel, and Justin M. Flint, Esq., Bar No. 491782, as co-counsel for Defendant Clark Fleckinger, II, Esquire, in the above-referenced matter.

Respectfully submitted,

ECCLESTON & WOLF, P.C.

**/s/ Justin M. Flint**
_____
Aaron L. Handleman (#48728)
Justin M. Flint (#491782)
2001 S St., N.W., Suite 310
Washington, DC  20009
(202) 857-1696 (Tel.)
(202) 857-0762 (Fax)
handleman@ewdc.com
flint@ewdc.com
*Defendant Clark Fleckinger, II, Esquire*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing Notice of Entry of Appearance of Counsel was served via prepaid first class mail this 7th day of August 2008, on:

>Craig D. Miller, Esquire
>SIMEONE & MILLER, LLP
>1130 Connecticut Ave., NW
>Ste. 350
>Washington, DC 20036

>**/s/ Justin M. Flint**
>_____
>Justin M. Flint