UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| ANJANIE PERSAUD ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO: 1:08-cv-01367-PLF |
| ) | |
| CLARK FLECKINGER, II ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF ENTRY OF APPERANCE OF COUNSEL**

THE CLERK OF THE COURT will please enter the appearance of Michael J. Johnson, Bar No. 496596, SIMEONE & MILLER, LLP, in accordance with LCvR 83.6, as counsel for Plaintiff in the above-referenced matter.

Dated: September 3, 2008                                  RESPECTFULLY SUBMITTED,

/s/_____
Craig D. Miller, #459784
Michael J. Johnson, #496596
SIMEONE & MILLER, LLP
1130 Connecticut Avenue N.W.
Suite 350
Washington, DC 20036
(202) 628-3050
cmiller@simeonemiller.com
mjohnson@simeonemiller.com
*Attorneys for Plaintiff*

## Certificate of Service

      I HEREBY CERTIFY that on this 3rd day of September, 2008, I caused a copy of the foregoing "NOTICE OF ENTRY OF APPEARANCE OF COUNSEL" to be filed and served upon the parties listed below in accordance with the Court's electronic filing procedures and practices:

      Aaron L. Handleman, Esq.
      Justin M. Flint, Esq.
      ECCLESTON & WOLF, P.C.
      2001 S St. N.W., Suite 310
      Washington, DC 20009
      *Counsel for Defendant*

      /s/_____
      Michael J. Johnson